Court of Criminal Appeal
of Texas
P.o. Box 12308
Austin. Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

Honorable Juez

me honrra en escribirle
Nuevamente y dispensando
Por la carta que esta escrita
en el idioma. español le
suJiero su Comprencion
el motivo de esta carta es para aserle saber
que yo he dialogado con todos los medicos durante
Todo este Tiempo que me encuentro en custodia
incluyendo dialogos con el
abogado Ricardo W. Gonzalez

deJeme decirle que es importante saber de donde
es el comienso de una causa y Tener una Evaluacion
considerando lo Fisticio y la verdad con un
Testimonio Firme y lo que Representa la
actiTud Personal en el pasado en el Presente

FILED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

Continuando          Testimonio

durante estuve en el
Condado-Harris

ellos desidieron moverme a una de las Prisiones
Resien llegado obtuve la primera sita con el
medico el Afirmo que me hisieran tes de sangre
y que en 14 dias estarian listos y el medico
me aclaro que descava verme nuevamente Para
la siguiente sita para darme el dianostico
me Presente la fecha indicada el medico
me explico los Problemas medicos que yo Padecia
el medico afirmo

que yo Padesia de alta Precion y diabetes
y el Corazon. que me iva a Resetar el
medicamento

los tes los hisieron en Repetidas ocaciones
y Todos salieron Negativos a Enfermedades
Cronicas

hay mas 100 documentos medicos No obtiene
un dianostico de Enfermedad Cronica contaJiosa
o Venerea o viros de alto Riesgo de Prevencion

Comfirmacion medico Forense

los documentos del medico Forense Reena Isaac
ella Comfirma. (4.R.B. AT. 78 The. EXAm. Showed
NO. Evidence. of. Trauma or Penetration. (4.R.R.80.84
The hymen. was. Still. Intact. (4.R.R.86)

Comfirmacion doctora Honny

se presento en frente de un Jurado. y
perjuro bajo la ley y presentando un falso
Testimonio. se considera un delito. ante. la
ley. la doctora Honny iso. una. pausa se puso
nerviosa. Cuando el abogado Ricardo N Gonzalez
le iso. las Pregentas. Por el falso Testimonio
y la ley NO Tomo en cuenTa. y enTre otros

Comfirmacion
estimado abogado Ricardo N Gonzalez

el me Comfirmo. Que NO me hisiera. Culpable
esta Comfirmacion me lo diso el dia del
Juicio

Causa fistisia

3/16/015

Comfirmacion     lA Ausensia

del official lonGoria

No se Presento en el Juicio Para que diese su testimonio
el official lonGoria el es la Persona que Nos INterroGo
A ambos. el dia del Aresto. yo obtuve el dialoGo
asia fuera de la Residencia yo le Presente mi testimonio
el Por que hera la discucion. Com mi esposa. el official
decidio. A INterroGar lA esposa. y A mi hita. yo me encontava
en el Carro Patrulla. Adentro. y el official lonGoria
Regreso. y me comFirmo. que las havia INterroGado A las
dos. y el testimonio. que comFirmaron ellas el
official LanGoria comFirmo. que alo meTor No hera
creible Por     que ellas. le davan uN testimonio
variable. de la INterroGacion

el official lanGoria me comFirmo. que yo No Podia quedarme
con esa muTer. que el Nesesitava una direccion. y uN
Numero de Telefono. Para que la CorTe me enviara una
carTa de siTacion. y que
conTraTara un aboGado

Continuación    Testimonio

los medicos afirman Prevenciones
y Restricciones a los Pacientes
de las enfermedades y los viros

yo en lo Presente no he Resivido
Prevensiones- No Rectricciones No
he Resivido Testimonio del medico
de Cabesera Relacionado al viros
No he Resivido medicamento o
Tratamiento

los medicos afirman que los Contatios
provienen de muchas formas que son
vunerables.

Cuando ocurre un crimen de esa categoria
Existen hotras Evidencias condudentes
eJemplo esperma Plasma daños internos
Trauma a la victima y entre otros

CouwTinuacion          TesTimonio

obtube la hoPortunidad
de entrevistarme Con el
estimado aboGado. Ricardo
N'Gonzalez le PreseuTe lo
que AfirmaVan los medicos
Forenses Cuando una Persona
es ACusada. de uN. crimeN de
esa CateGoria ExisTen otras
EVidensia condudentes. Para
ConProvar

el. esTimado aboGado. Ricardo N. Gonzalez
el AFirmo. que. NO. Tenia
las EVidensia que llo le EXiTia
CosnTanTe. A. la ACusacion

Y me dio la hoPorTunidad de
PresenTarle. uN. ESqueleTo. que
los medicos ForcnSes lo obTenian
Para aser esTudios y enVesTiGar
Pruevas condudentes. A Crimenes
de esa CaTeGoria

Countinuando       Testimonio

el estimado abogado Ricardo N. Gonzalez
el medio la Comfirmacion de mi
Causa que no havia Pruevas Condudentes
Por que Fue Ensima del Pantalon
y que havia sido una Indesensia
que Tenia que Firmar 10= años en
TDCJ

yo le Afirme que no Tenia un endaime
Por esa Causa. yo no le Aseptaria
ninguna Causa Fistisia desonrrada
y que esta comfirmacion que el
me estava ofreciendo. la Causa
difinitivamente Perdia Firmeza
en absoluto Imvalido

Countinuando    Testimonio

Por la Razon el motivo que le Presente
la Peticion a la señorita. Iani maselli
que si Pudiese darme la hoPortunidad
de una entrevista en Privado con los
medicos Para dialoGar Por el Istorial
medico durante el Tiempo. que estado
en Custodia

aPasado el Tiempo No he Resivido
Respuesta alGuna de la Peticion

yo ComPrendo que es dificil que
ella Tome la decicion de su Tiempo
Para la entrevista Considerando
que Tiene hotros Comlromisos que
son mas, ImPortanTes

CowTinuando          TesTimonio

esta misma Peticion se la
Presente al estimado abogado
Ricardo N. Gonzalez que si
Podiese darme la hoPortunidad
de una entrevista en Privado
Con los medicos de Harris CouNTy

el estimado aboGado. Ricardo N
Gonzalez. el aFirmo que No Tenia
Tiempo. Para esa Clase. de.enTrevisTas
y le Recorde en RePeTidas ocaciones
el aboGado. Ricardo N Gonzalez.
A Firmo Por NeGacioN
diFinitivo

Court of Appeals

Honorable Juez

deJeme decirle que No honcuentro Palabras Para
AGradeserle. Por la EXTencion que me brindo es
uNa Gran holorTunidad Para Poder EXPresarmé
Con la verdad Por esTa Causa desonrrada
y Teniendo Consideracion y ResPeTo
A la ley

Honorable Juez

en esTa CarTa humilde le esToy Pidiendo
Al divino Greador Para que me brinde una
holorTunidad y Toque su CoraZon y que
TenGa la decicion de darme una holorTunidad
de TrabaJar y ComProbarle que No soy esa
Clase de Persona No Padesco de esos AbiTos
de AcTividades INframaNas

Alan Omar Rodriguez

# EMR Medication Print Pass
### Active Medications From 01/15/2015 to 01/16/2015
### *RAMSEY I (R1)*

**ALLERGIES:**
NO KNOWN ALLERGIES

---

**PATIENT: RODRIGUEZ, ALAN O     MRN: 1928606     DOB: 02/03/1969     HOUSING: 7W-1 CELL 01**

**AMLODIPINE 10MG TABLET**                         *Presone*                  Rx ID: 17542434
KOP 1 TABS ORAL DAILY FOR 30 DAYS.                                           REFILLS: 7 / 11
RX DATE: 06/12/2014 09:42 AM          RUN START DATE: 01/08/2015 09:41 AM    RUN END DATE: 02/07/2015 09:41 AM
ORDERING FACILITY: BYRD (DU)                                                 EXPIRATION DATE: 06/07/2015 09:41 AM
ORDERING PROVIDER: CURRY, JOSEPH M PA-C
MEDICATION STATUS: ACTIVE                                                    ENTRY USER: CURRY, JOSEPH M PA-C

---

**ASPIRIN EC 81MG TABLET**                         *Corason*                 Rx ID: 17542419
KOP 1 TABS ORAL DAILY FOR 30 DAYS.                                           REFILLS: 7 / 11
RX DATE: 06/12/2014 09:42 AM          RUN START DATE: 01/08/2015 09:40 AM    RUN END DATE: 02/07/2015 09:40 AM
ORDERING FACILITY: BYRD (DU)                                                 EXPIRATION DATE: 06/07/2015 09:40 AM
ORDERING PROVIDER: CURRY, JOSEPH M PA-C
MEDICATION STATUS: ACTIVE                                                    ENTRY USER: CURRY, JOSEPH M PA-C

---

**hydroCHLOROthiazide 25MG TAB**                   *Presone*                 Rx ID: 17542442
KOP 1 TABS ORAL DAILY FOR 30 DAYS.                                           REFILLS: 7 / 11
RX DATE: 06/12/2014 09:42 AM          RUN START DATE: 01/08/2015 09:42 AM    RUN END DATE: 02/07/2015 09:42 AM
ORDERING FACILITY: BYRD (DU)                                                 EXPIRATION DATE: 06/07/2015 09:42 AM
ORDERING PROVIDER: CURRY, JOSEPH M PA-C
MEDICATION STATUS: ACTIVE                                                    ENTRY USER: CURRY, JOSEPH M PA-C

---

**LISINOPRIL 20MG TABLET**                         *Preson*                  Rx ID: 17542437
KOP 1 TABS ORAL DAILY FOR 30 DAYS.                                           REFILLS: 7 / 11
RX DATE: 06/12/2014 09:42 AM          RUN START DATE: 01/08/2015 09:42 AM    RUN END DATE: 02/07/2015 09:42 AM
ORDERING FACILITY: BYRD (DU)                                                 EXPIRATION DATE: 06/07/2015 09:42 AM
ORDERING PROVIDER: CURRY, JOSEPH M PA-C
MEDICATION STATUS: ACTIVE                                                    ENTRY USER: CURRY, JOSEPH M PA-C

---

**metFORMIN HCL 500MG TABLET**                     *Diabetic*                Rx ID: 17542424
KOP 1 TABS ORAL TWICE DAILY FOR 30 DAYS.                                     REFILLS: 7 / 11
RX DATE: 06/12/2014 09:42 AM          RUN START DATE: 01/08/2015 09:41 AM    RUN END DATE: 02/07/2015 09:41 AM
ORDERING FACILITY: BYRD (DU)                                                 EXPIRATION DATE: 06/07/2015 09:41 AM
ORDERING PROVIDER: CURRY, JOSEPH M PA-C    *Asucar*
MEDICATION STATUS: ACTIVE                                                    ENTRY USER: CURRY, JOSEPH M PA-C

---

TOTAL FOR RODRIGUEZ, ALAN O                                                                    5

*Ms. Singleton*

*1/15/015*

```
NAME: RODRIGUEZ, ALAN OMAR          DOB: 02/03/1969     P U L H E S
TDCJ#: 01928606  SID#: 07454322     WGT: 160 LBS        -----------
UNIT: R1        HOUSING: 7W-1-05T    HGT: 5'05"          |3|1|1|1|2|1|
JOB: FOLDER LAUNDRY 3RD                                 |C|A|A|A|B|A|
                                                        |P|       |P| |
                                                        -----------
```

## I. FACILITY ASSIGNMENT (CHECK ONE)

X  A. NO RESTRICTION
__ B. BARRIER-FREE FACILITY
__ C. SINGLE LEVEL FACILITY
__ D. SUITABLE FOR TRUSTEE CAMP?    X YES __ NO

## II. HOUSING ASSIGNMENT

A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION                      X  1. NO RESTRICTION
__ 2. SINGLE CELL ONLY                    __ 2. LOWER ONLY
__ 3. SPECIAL HOUSING (HOUSING WITH
      LIKE MEDICAL CONDITION              __ 5. EXTENDED MEDICAL HOURS
__ 4. CELL BLOCK ONLY
C. ROW ASSIGNMENT (CHECK ONE)             D. WHEELCHAIR USE (CHECK ONE)
X  1. NO RESTRICTION                      __ 1. NO RESTRICTION
__ 2. GROUND FLOOR ONLY                   __ 2. PHOP ORDERED
                                          __ 3. UTILITY USE

## III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)

__  1. MEDICALLY UNASSIGNED              __ 15. NO FOOD SERVICE
__  2. PSYCHIATRICALLY UNASSIGNED        __ 16. NO REPETITIVE USE OF HANDS
__  3. SEDENTARY WORK ONLY               __ 17. NO WALK WET/UNEVEN SURFACES
__  4. FOUR HOUR WORK RESTRICTION        __ 18. DO NOT ASSIGN TO MEDICAL
__  6. EXCUSE FROM SCHOOL                __ 19. NO WORK IN DIRECT SUNLIGHT
__  7. LIMITED STANDING                  00 20. NO TEMPERATURE EXTREMES
__  8. NO WALKING > ___ YARDS            __ 21. NO HUMIDITY EXTREMES
__  9. NO LIFTING > ___ LBS.             __ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
__ 10. NO BENDING AT WAIST               __ 23. NO WORK WITH CHEMICALS OR IRRITANTS
__ 11. NO REPETITIVE SQUATTING           __ 24. NO WORK REQUIRING SAFETY BOOTS
__ 12. NO CLIMBING                       __ 25. NO WORK AROUND MACHINE WITH MOVING PART
__ 13. LIMITED SITTING                   __ 26. NO WORK EXPOSURE TO LOUD NOISES
__ 14. NO REACHING OVER SHOULDER

## IV. DISCIPLINARY PROCESS (CHECK ONE)

X  A. NO RESTRICTIONS
__ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
__ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

## V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)

X  A. NO RESTRICTION              __ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
__ B. MEDICAL REPRESENTATIVE REQUIRED

## VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)

X  A. NO RESTRICTION              __ C. WHEELCHAIR VAN
__ B. EMS AMBULANCE               __ D. MULTI-PATIENT VEHICLE (MPV)

```
JONES            MD          12/09/2014    _____
PRINTED NAME AND TITLE OF REVIEWER    DATE     SIGNATURE OF REVIEWER
```



**P**ublic
**D**efender☆s
**O**ffice

Harris County, Texas

1201 Franklin Street, 13th Floor
Houston, Texas 77002
713.368.0016
713.368.9278 eFax

Febrero 2, 2015

ALAN OMAR RODRIGUEZ
TDC#01928606
W.F. Ramsey Unit
1100 FM 655
Rosharon, TX 77583

Sr. Rodriguez:

Espero se encuentre bien. Gracias por mandarme todos esos documentos. Se los estoy regresando en caso de que los necesite. Yo le creo cuando dice que es inocente y que aun ama a América. Hare lo más posible por usted. Por favor cuídese.

Sinceramente,

JANI MASELLI
Assistant Public Defender



Alan Omar Rodriguez
TDC 1928606
Ramsey I Unit
1100 Fm 655
Rosharon TX 77583

Court of Criminal Appeals of Texas
P.O. Box 12308
Aus T.N. TX 78711

legal mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION